# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
   **Plaintiff,**

  **v.**           **Case No. 14-CR-179**

**LISA LUBNER, et al.**
    **Defendants.**

---

**UNITED STATES OF AMERICA**
   **Plaintiff,**

  **v.**           **Case No. 13-CR-145**

**SANTIAGO HERNANDEZ, et al.**
    **Defendants.**

---

## ORDER

The requirements of Local Rule 13 being satisfied,

**IT IS ORDERED** that the government's unopposed motion to reassign Case No. 14-CR-179 is **GRANTED**.

**IT IS FURTHER ORDERED** that Case No. 14-CR-179 is scheduled for counsel-only **STATUS** on **Monday, December 1, 2014, at 11:30 a.m.** The court finds that the ends of justice served by so continuing the matter outweigh the best interests of the defendant and the public in a speedy trial, given the complexity of these related cases and the need to afford reasonable time for effective preparation. 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), (iv).

Dated at Milwaukee, Wisconsin, this 23rd day of October, 2014.

       /s Lynn Adelman
       LYNN ADELMAN
       District Judge